Monte J. White & Associates
Pamela J. Chaney
402 Cypress, Suite 310
Abilene, TX 79601
(325) 673-6699
(325) 672-9227 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | § CASE NO. 08-10241-RLJ-13 |
| Carl Wayne Bradshaw | § |
| | § JUDGE ROBERT L. JONES |
| | § |
| | § HEARING DATE: 10/6/2010 |
| DEBTOR | § HEARING TIME: 11:00 A.M. |

NOTICE OF HEARING, PRE-HEARING CONFERENCE
AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION

NOTICE OF HEARING

On 10/6/2010, which is at least twenty-eight (28) days from the date of service hereof, at 11:00 o'clock A.M., a HEARING on the above and foregoing "Modification of Plan After Confirmation" will be held before the Bankruptcy Judge in Room 2000, U.S. Courthouse, 3rd AND PINE STREET, ABILENE, Texas, 79604. Creditors are not required to attend unless they have objections to the Modification.

NOTICE OF PRE-HEARING CONFERENCE

A PRE-HEARING CONFERENCE will be held by the Trustee at 8:30 A.M. prior to the above hearing time at the following location. 3rd AND PINE STREET, ABILENE, Texas, 79604. Hearings on Motions to Modify Plans with objections not resolved at the PRE-HEARING CONFERENCE will be heard by the Court at the scheduled Hearing time.

NOTICE is hereby given that pursuant to 11 USC 1329 the attached "Modification of Plan" dated 07/13/2010, will be approved by the Court as the Debtor(s) Modified Chapter 13 Plan Unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An "Objection to Modification" shall be made in writing to the following:

U.S. Bankruptcy Court, Clerks Office, 1205 TEXAS AVENUE, #306, LUBBOCK, TEXAS, 79401, with copies sent to Walter O'Cheskey, Chapter 13 Trustee, 6308 Iola, Lubbock, TX, 79424 and Debtor(s) Attorney at the above address.

## CERTIFICATE OF SERVICE

      I certify that a true copy of the above and foregoing Notice of Hearing and Pre-Hearing Conference has been served by me on 07/15/2010, on all parties on the attached matrix, by ECF and/or United States First Class Mail, proper postage affixed.

                                            /s/Pamela J. Chaney
                                            Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 08-10241-rlj13<br>Northern District of Texas<br>Abilene<br>Tue Jul 13 09:30:39 CDT 2010 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Chase-pier1<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Citi Mortgage Inc<br>Attention: Bankruptcy Department<br>PO Box 79022, MS322<br>St. Louis, MO 63179 | CitiMortgage Inc.<br>PO BOX 829009<br>Dallas, TX 75382-9009 | Citibank - Sears<br>PO Box 20363<br>Kansas City, MO 64195-0363 |
| Citimortgage, Inc.<br>c/o BDFTE, LLP<br>1900 St. James PL. Ste 500<br>Houston, TX 77056-4125 | Cmre Financial Services Inc<br>3075 E Imperial Hwy<br>Suite 200<br>Brea, CA 92821-6753 | Dwana Lea Bradshaw<br>2426 S. 39th St.<br>Abilene, TX 79605-7116 |
| First Financial Bk Na<br>400 Pine St<br>Abilene, TX 79601-5108 | First National Bank Baird<br>1849 So. 1s<br>Abilene, Texas 79602-1107 | First National Bank Baird<br>1849 South 1st<br>Abilene, Texas 79602-1107 |
| First Natl Bk-baird<br>Po Box 968<br>Baird, TX 79504-0968 | Ford Motor Credit Company LLC<br>CO Mark W. Harmon<br>BOERNER, DENNIS & FRANKLIN, PLLC<br>P.O. Box 1738<br>Lubbock, Tx 79408-1738 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |
| GEMB - Dillards<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 | IRS Special Procedures<br>Mail Code 5020-DAL<br>1100 Commerce St, Room 9B8<br>Dallas, TX 75242-1001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| JC Penney<br>Attention: Bankruptcy Department<br>PO Box 103106<br>Roswell, GA 30076-9106 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding LLC its successors and assigns<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Medical Data Systems I<br>Attn: Bankruptcy<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| Old Navy-GEMB<br>Attention: Bankruptcy<br>PO Box 103106<br>Roswell, GA 30076-9106 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 |
| Robert E. MCCool<br>237 Market St.<br>Baird, TX 79504-6407 | Robert L. Hudgins<br>6644 County Rd. 120<br>Clyde, TX 79510 | Taylor Co. Central Appraisal District<br>1534 South Treadaway Blvd<br>Abilene, TX 79602-4927 |

| | | |
|---|---|---|
| WFNNB - Bealls<br>PO Box 182125<br>Columbus, OH 43218-2125 | Washington Mutual - Providian<br>Attn: Bankruptcy Dept.<br>PO Box 10467<br>Greenville, SC 29603-0467 | Zales-Citibank Retail<br>Attn: Centralized Bankruptcy<br>PO Box 20507<br>Kansas City, MO 64195-0507 |
| eCAST Settlement Corporation assignee of<br>Chase Bank USA NA<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank-DILLARDS<br>POB 35480<br>Newark NJ 07193-5480 | eCAST Settlement Corporation assignee of<br>GE Money Bank-Old Navy<br>POB 35480<br>Newark NJ 07193-5480 |
| Carl Wayne Bradshaw<br>2426 S. 39th St.<br>Abilene, TX 79605-7116 | Larry Reed Lewis<br>Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ford Motor Credit Company LLC<br>Dept. 55953<br>P. O. Box 55000<br>Detroit, MI 48255-0953 | (d)Ford Motor Credit Corporation<br>National Bankruptcy Center<br>PO Box 537901<br>Livonia, MI 48153 | Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 |
| Michael Reed<br>McCreary Veselka, Bragg & Allen P.C.<br>PO Box 26990<br>Austin, TX 78755-0990 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CitiMortgage, Inc. | (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>NORFOLK VA 23541-1067 | End of Label Matrix<br>Mailable recipients   39<br>Bypassed recipients   2<br>Total   41 |